

OF NEW YORK.— Motion for reargument denied. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p: 166.]

PROMPT TRADING CORPORATION v. WEISSMAN & RAYMOND, INC.— Orderly procedure would dictate the entry of judgment in accordance with the ruling of the trial court directing verdict for the defendant on the ground that the court had no jurisdiction. An appeal from such judgment would properly present the questions sought to be reviewed. Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 887.]

BENJAMIN LAXER v. BERGEN & ZAAGER, INC. et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 984.]

JOHN J. DARRAUGH et al. v. RICHARD A. CARRINGTON, JR., et al. and AMERICAN NEWSPAPERS, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 932.]

THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD HERMAN.— Motion for leave to appeal to the Court of Appeals dismissed. (See Code Crim. Pro., §520; *People* v. *Geffin*, 245 N. Y. 75.) Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *ante*, p. 891.]

SARA HANSEN v. WILLIAM J. WALSH.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *ante*, p. 993.]

CHARLES GOTTFRIED v. BENJAMIN GOTTFRIED et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 984.]

SIDNEY R. KLAR et al. v. H. & M. PARCEL ROOM, INC.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 538.]

RAYMOND SPECTOR COMPANY, INC., v. SERUTAN COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, with leave to the defendants to answer the complaint herein within ten days after service of order, with notice of entry thereof, on payment of said costs and the costs awarded by the order of this court entered June 14, 1945 (*ante*, p. 993). Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

BUILDING SUPERVISION CORP. v. FLORENCE AARON et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 983.]

In the Matter of the Arbitration between BELLE ROBINSON and BARNETT ROBINSON.— Motion for reargument denied. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 271 App. Div. 98.]

FRANK AMON et al. v. JOSEPH V. MORESCHI, Individually and as President of International Hod Carriers', Building and Common Laborers' Union of America, et al.— Motion by defendants-appellants for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 996.]

FRANK AMON et al. v. JOSEPH V. MORESCHI, Individually and as President of International Hod Carriers', Building and Common Laborers' Union of America, et al.— Motion by plaintiffs for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 996.]